# Court of Appeals
# of the State of Georgia

ATLANTA,   July 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0439.  JOHNNY BRETT GREGORY v. THE STATE.**

Johnny Brett Gregory seeks discretionary review of the trial court's order of February 6, 2012, dismissing the state's forfeiture action against him and directing the return of certain of his property.  In his application, Gregory contends that the trial court neglected to include all of the items that the state seized.  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Because this application was filed 72 days after entry of the order Gregory seeks to appeal,[1] it is untimely and we lack jurisdiction to consider it.  See *Hill*, supra.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Gregory initially filed his application in the Supreme Court on April 8, 2012, which transferred it to this Court.